**DISMISS and Opinion Filed August 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00741-CV

**ROBEYN GOODE, Appellant**
**V.**
**PARC EAST APTS HOMES, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02407-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The filing fee and docketing statement in this case are past due. By postcard dated June 24, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 24, 2019, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


190741F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ROBEYN GOODE, Appellant

No. 05-19-00741-CV      V.

PARC EAST APTS HOMES, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-02407-E.
Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee PARC EAST APTS HOMES recover its costs of this appeal from appellant ROBEYN GOODE.

Judgment entered August 22, 2019